

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00226-CR

Jose Luis Lopez
v.
The State of Texas

On Appeal from the
206th District Court of Hidalgo County, Texas
Trial Court Cause No. CR-1921-20-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be permanently abated. The Court orders the appeal permanently ABATED in accordance with its opinion.

We further order this decision certified below for observance.

October 10, 2024